[No. 1050-3.    Division Three.    October 30, 1975.]

ELIZABETH WILSON, *Appellant*, v. THE BON MARCHE, *Respondent*.

Appeal from a judgment of the Superior Court for Spo-

kane County, No. 207566, Del Cary Smith, Jr., J., entered December 11, 1973. *Affirmed* by unpublished per curiam opinion.